GABRIEL A. JACKSON, State Bar No. 98119
gaby@jjrlaw.com
JACKSON JENKINS RENSTROM LLP
55 Francisco Street, Sixth Floor
San Francisco, CA 94133
Tel: (415) 982-3600
Fax: (415) 982-3700

Attorneys for Defendant
GENERAL DYNAMICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE RAMIREZ, et al., <br><br> Plaintiff, <br> vs. <br><br> GENERAL ELECTRIC COMPANY, et al., <br><br> Defendants. | Case No. 3:11-cv-01031-CRB <br><br> NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the court, Defendant General Dynamics Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP. The contact information for new counsel is as follows:

> Edward R. Hugo, State Bar No. 124839
> BRYDON HUGO & PARKER
> 135 Main Street, 20th Floor
> San Francisco, CA 94105
> Telephone: (415) 808-0300
> Facsimile: (415) 808-0333
> Email: service@bhplaw.com

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

## CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: 9/3/2013            By: _____

I consent to being substituted.

Dated: 8/30/13             By: _____
                                GABRIEL A. JACKSON

I consent to the above substitution.

Dated: 9/4/2013            By: _____
                                EDWARD R. HUGO

The substitution of attorney is hereby approved.

IT IS SO ORDERED:

Dated: October 23, 2013    By: _____
                                Judge Charles R. Breyer

IT IS SO ORDERED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER